MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3723
    FAX: (510) 637-3724
    Garth.Hire@usdoj.gov

Attorneys for the United States of America

**FILED**

JUL 1 5 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DAMIEN ZACKARY LEWIS, <br><br> Defendant. | NO. CR 15-00266 HSG <br><br> PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:    The Honorable Maria-Elena James, United States Magistrate Judge for the United States District Court for the Northern District of California:

Assistant United States Attorney Garth Hire respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, DAMIEN ZACKARY LEWIS (PFN: AWE602), whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore petitioner asks that this

//

PETITION AND [PROPOSED] ORDER
FOR WRIT AD PROSEQ.
CR 15-00266 HSG

Court issue the Writ as presented.

Dated: July 14, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Garth Hire
GARTH HIRE
Assistant United States Attorney

PETITION AND [PROPOSED] ORDER
FOR WRIT AD PROSEQ.
CR 15-00266 HSG

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | GARTH HIRE (CABN 187330)<br>Assistant United States Attorney |
| 5 |     1301 Clay Street, Suite 340S<br>    Oakland, California 94612 |
| 6 |     Telephone: (510) 637-3723<br>    FAX: (510) 637-3724 |
| 7 |     Garth.Hire@usdoj.gov |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>DAMIEN ZACKARY LEWIS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 15-00266 HSG<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant DAMIEN ZACKARY LEWIS (PFN: AWE602), before the Honorable Kandis A. Westmore, United States Magistrate Judge, at 9:30 a.m., on July 16, 2015, or as soon thereafter as practicable, is granted, and the Writ shall be issued as presented.

DATED: 7-15-15

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER
FOR WRIT AD PROSEQ.
CR 15-00266 HSG

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: DONALD M. O'KEEFE, United States Marshal, Northern District of California, and/or any of his authorized deputies; and the Sheriff for Santa Rita Jail, 5325 Broder Blvd., Dublin, California, 94568, and/or any of his authorized deputies,

GREETINGS

WE COMMAND that on July 16, 2015, at 9:30 a.m., or as soon thereafter as practicable, you have and produce the body of DAMIEN ZACKARY LEWIS (PFN: AWE602, DOB: 5/26/1974), in your custody in the Santa Rita Jail, 5325 Broder Blvd., Dublin, California, 94568, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Kandis A. Westmore, United States Magistrate Judge, 1301 Clay Street, Oakland, California, 94612, Courtroom 3, 3rd Floor, in order that DAMIEN ZACKARY LEWIS may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, she be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Kandis A. Westmore, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: 7/15, 2015

**RICHARD W. WIEKING**
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 15-00266 HSG