**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Donna M. Ryu<br>U.S. Magistrate Judge | RE: | Damian Zachary Lewis |
| FROM: | Timothy Elder<br>U.S. Pretrial Services Officer | Docket No.: | 4:15-cr-00266-2 HSG |
| Date: | 12/2/15 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Timothy Elder                                               (510)637-3753

U.S. Pretrial Services Officer                    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4, 3rd Floor on 12/7/2015 at 9:30 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____   12/2/15
**JUDICIAL OFFICER** DONNA M. RYU   **DATE**
U.S. District Court

cc: Copy to parties via ECF, Pret. Svcs.